UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21-cr-2149-WQH |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| SERGIO ARMANDO MUNOZ, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Joint Motion to Hold Petition in Abeyance (ECF No. 68) is granted. Pursuant to 18 U.S.C. § 3583(i), all proceedings related to the pending Petition for Revocation of Supervised Release (ECF No. 50) are held in abeyance until after Defendant Sergio Armando Munoz's related state court case is resolved. The parties shall file a status report in this Court no later than ten (10) days after the resolution of state trial court proceedings related to the conduct alleged in the pending Petition. Defendant shall continue to abide by the conditions in the Pretrial Release Order (ECF No. 65).

Dated: April 3, 2025

Hon. William Q. Hayes
United States District Court